01
02
03
04

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No. CR08-163-JLR |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | SUMMARY REPORT OF U.S. |
| | ) | MAGISTRATE JUDGE AS TO |
| MALLORY NEHEMIAH BROWN, | ) | ALLEGED VIOLATIONS |
| | ) | OF SUPERVISED RELEASE |
| Defendant. | ) | |
| _____ | ) | |

An initial hearing on a petition for violation of supervised release was held before the undersigned Magistrate Judge on July 23, 2008. The United States was represented by Assistant United States Attorney Jim Osterle, and the defendant by Kenneth Kanev.

The defendant had been charged and convicted of Bank Robbery in violation of 18 U.S.C. § 2113(a). On or about January 23, 2008, defendant was sentenced by the Honorable James L. Robart to a term of fifty-one (51) months in custody, to be followed by three (3) years supervised release.

The conditions of supervised release included the requirements that the defendant comply with all local, state, and federal laws, and with the standard conditions. Special conditions imposed included, but were not limited to, participation in substance abuse and mental health program, financial disclosure, $3,681.00 restitution, search, up to 120 days at RRC, 90 days on HC/EM, no new lines of credit and no association with known gang members.

In a Petition for Warrant or Summons, dated July 23, 2008, U.S. Probation Officer Jennifer J. Tien asserted the following violations by defendant of the conditions of his supervised

01 | release:

02 | (1) Using marijuana on or about May 20, June 6, June 22, and July 8, 2008, in

03 | violation of the standard condition number seven.

04 | (2) Failing to report for urinalysis testing on July 11 and 22, 2008, in violation of the

05 | special condition of drug aftercare.

06 | (3) Failing to follow the rules and regulations of the home confinement program by

07 | leaving his residence without authorization on July 7, 2008, and using marijuana

08 | on or before July 8, 2008, in violation of the special condition that the defendant

09 | participate in the home confinement program for a period of 90 days.

10 | On July 23, 2008 defendant made his initial appearance. Defendant was advised of the

11 | allegations and of his rights. Defendant admitted violations 1 and 2, but denied violation 3.

12 | I therefore recommend that the Court find the defendant to have violated the terms and

13 | conditions of his supervised release as to violations 1 and 2, and recommend the Court conduct

14 | an evidentiary hearing on alleged violation 3. An evidentiary hearing on violation 3 has been set

15 | before the Honorable John Weinberg on July 30, 2008 at 11:00 a.m. A disposition hearing has

16 | not yet been set before the Honorable James L. Robart.

17 | Pending a final determination by the Court, the defendant has been detained.

18 | DATED this 23rd day of July, 2008.

19 |

20 | JAMES P. DONOHUE
United States Magistrate Judge

21 |

22 | cc: Magistrate Judge: Honorable James L. Robart

23 | AUSA: Mr. Jim Osterle
Defendant's attorney: Mr. Kenneth Kanev

24 | Probation officer: Ms. Jennifer J. Tien

25 |

26 |

SUMMARY REPORT OF U.S. MAGISTRATE
JUDGE AS TO ALLEGED VIOLATIONS
OF SUPERVISED RELEASE
PAGE 2