UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | Case No. CR08-163-JLR |
| Plaintiff, ) | |
| ) | |
| v. ) | SUMMARY REPORT OF U.S. |
| ) | MAGISTRATE JUDGE AS TO |
| MALLORY NEHEMIAH BROWN, ) | ALLEGED VIOLATIONS |
| ) | OF SUPERVISED RELEASE |
| Defendant. ) | |
| ) | |

An evidentiary hearing on a petition for violation of supervised release was held before the undersigned Magistrate Judge on October 29, 2008. The United States was represented by Assistant United States Attorney Jared Bingham, and the defendant by Kenneth Kanev. The proceedings were digitally recorded.

The defendant had been charged and convicted of Bank Robbery, in violation of 18 U.S.C. § 2113(a). On or about June 14, 2004, defendant was sentenced by the Honorable James L. Robart to a term of fifty-one (51) months in custody, to be followed by three (3) years of supervised release.

The conditions of supervised release included the requirements that the defendant comply with all local, state, and federal laws, and with the standard conditions. Special conditions imposed included, but were not limited to, substance abuse and mental health

programs, financial disclosure, $381.00 restitution, search, 120 days electronic home monitoring, now new lines of credit, no association with known gang members.

In a Petition for Warrant or Summons, dated October 8, 2008, U.S. Probation Officer Jeri L. Sexton asserted the following violations by defendant of the conditions of his supervised release:

(1) Committing the crime of Assault IV, on or about October 8, 2008, in violation of the general condition requiring he not commit another federal, state or local crime.

(2) Committing the crime of Theft III. On or about October 8, 2008, in violation of the general condition requiring he not commit another federal, state, or local crime.

(3) Using alcohol on October 8, 2008, in violation of special condition number two.

(4) Failing to participate in the home confinement program with electronic monitoring as directed by the probation office for a period of 120 days on October 8, 2008, in violation of his special condition of supervised release.

On October 10, 2008, defendant made his initial appearance. The defendant was advised of the allegations and advised of his rights. On October 29, 2008, defendant appeared for an evidentiary hearing on the alleged violations. The case was submitted on admission of a police report and on admission by defendant to alleged violation No. 4. The Court reviewed the submitted police report and based on the review, recommends that the Court find the defendant committed violations 1, 2 and 3.

I therefore recommend that the Court find the defendant to have violated the terms and conditions of his supervised release as to violations 1, 2, 3 and 4, and that the Court conduct a hearing limited to disposition. A disposition hearing on these violations has been set before the Honorable James L. Robart on November 17th, 2008 at 1:30 p.m.

Pending a final determination by the Court, the defendant has been detained.

DATED this 29th day of October, 2008.

*James P. Donohue*
_____
JAMES P. DONOHUE
United States Magistrate Judge

cc: District Judge: Honorable James L. Robart
    AUSA: Mr. Jared Bingham
    Defendant's attorney: Mr. Kenneth Kanev
    Probation officer: Ms. Jennifer Tien

SUMMARY REPORT OF U.S. MAGISTRATE
JUDGE AS TO ALLEGED VIOLATIONS
OF SUPERVISED RELEASE
PAGE 3